UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOEL BLEICH,

                Plaintiff,

  -against-                             **ORDER**

COLLECTION BUREAU OF THE HUDSON      22-CV-10135 (PMH)
VALLEY, INC.,

                Defendant.

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

      The Clerk of Court is respectfully directed to close the case.

                                          **SO ORDERED.**

Dated:  White Plains, New York
         March 2, 2023

                                    _____
                                    PHILIP M. HALPERN
                                    United States District Judge